UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID N. HART, | ) |
|              Plaintiff, | ) No.  CV-12-402-JPH |
| v. | ) ORDER GRANTING STIPULATED<br>) MOTION FOR REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | )<br>)<br>) |
|              Defendant. | ) |

BEFORE THE COURT is the parties' stipulated motion to remand this case to the Commissioner for further administrative proceedings. **ECF No. 24**. Maureen Rosette represents plaintiff. Special Assistant United States Attorney Jordan D. Goddard represents defendant. The parties have consented to proceed before a magistrate judge. ECF No. 17.

After considering the stipulated motion, ECF No. 24, **IT IS ORDERED** that the **motion is GRANTED. The decision with respect to** both Title II and Title XVI of the Social Security Act **is REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including:

1. The ALJ will properly evaluate Plaintiff's credibility and subjective complaints in accordance with Social Security Ruling 96-7p and, if discounting the statements, provide clear and convincing reasons for doing so;

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 1

   2. The ALJ will re-determine plaintiff's residual functional capacity, and, if necessary,

   3. The ALJ will obtain vocational expert testimony to assist in determining what impact, if any, the claimant's limitations would have on his ability to perform work-related activities.

**IT IS FURTHER ORDERED:**

   1. The parties' stipulated motion for an order of remand pursuant to sentence four, ECF No. 24, is **GRANTED.**

   2. Judgment shall be entered for **PLAINTIFF.**

   3. An application for attorney fees and costs may be filed by separate motion.

   4. The District Court Executive is directed to enter this Order, enter judgment, forward copies to counsel, and **CLOSE** the file.

   **IT IS SO ORDERED.**

   **DATED** this 5th day of February, 2013.

                              *s/James P. Hutton*
                              JAMES P. HUTTON
                              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 2