# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

DAVID N. HART,

       Plaintiff,

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

NO.  CV-12-402-JPH

**JUDGMENT IN A
CIVIL CASE**

### STIPULATION BY THE PARTIES:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 5th day of  February, 2013.

SEAN F. McAVOY
Clerk of Court

by: __s/ Karen White_____
Deputy Clerk

cc: all counsel